IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY L. TWITCHELL, | Civil No. CV-04-0331-CI |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to a different administrative law judge to (1) fully evaluate the opinions of James Bailey, Ph.D., in particular his opinion contained in the Psychological/Psychiatric Evaluation form; (2) reevaluate Plaintiff's subjective complaints and credibility,

particularly regarding her use of medication and level of treatment;  (3) evaluate

the diagnosis of obesity and any functional limitations; (4) reevaluate the severity

and limitations related to Plaintiff's mental impairments; (5) reevaluate Plaintiff's

residual functional capacity; and (6) obtain further vocational testimony, if

necessary.  Plaintiff may present new arguments and further medical evidence, if

such evidence becomes available.

This case is reversed and remanded on the above grounds pursuant to

sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will

consider Plaintiff's application for costs and attorney's fees under 28 U.S.C.

§ 2412(d).

DATED this _____ 6th _____ day of _____ June _____ 2005.


S/ CYNTHIA IMBROGNO
_____
UNITED STATES MAGISTRATE JUDGE

Presented by:


s/ JOANNE E. DANTONIO
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
Telephone:  (206) 615-2730
Fax:  (206) 615-2531
joanne.dantonio@ssa.gov